UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY, as subrogee of Lincoln Property Company; ARCH SPECIALTY INSURANCE, as subrogee of LINCOLN Property Company; HANOVER INSURANCE COMPANY, as subrogee of Cosi, Inc.; CINCINATTI INSURANCE COMPANY, as subrogee of Hurley, McKenna & Mertz, P.C.; Luis A. Aceves & Associates, P.C., William E., and Timothy J. Ryan d/b/a Ryan and Ryan and Casale Reporting Service, Inc.; CERTAIN UNDERWRITERS AT LLOYDS OF LONDON AND CERTAIN LONDON MARKET INSURERS, as subrogee of Lincoln Property Company; AMERICAN FAMILY INSURANCE GROUP, as subrogee of Besetzny Law Firm and Dave Schroeder, <br><br> Plaintiffs, <br><br> v. <br><br> HILTON TRADING CORPORATION d/b/a ACCUBANKER USA; OFFICE DEPT, INC.; and BANK OF AMERICAN, N.A., <br><br> Defendants. | Case Number  12-CV-09990 <br><br> Assigned Judge: Hon. Harry D. Leinenweber <br><br> Designated Magistrate Judge: Hon. Young B. Kim |

## HILTON TRADING CORP.'S CROSSCLAIM FOR CONTRIBUTION AGAINST BANK OF AMERICA, N.A.

Defendant HILTON TRADING CORP. ("Hilton"), through its attorneys, THOMAS P. BOYLAN, MATTHEW S. SIMS, and JILLIAN A. MIKRUT of CASSIDAY SCHADE LLP, states for its Crossclaim for Contribution against BANK OF AMERICA, N.A. ("BOA") as follows:

### JURISDICTION AND VENUE

1. This Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332. In addition, this Court has jurisdiction over this cross-claim pursuant to 28 U.S.C. § 1367(a) as the claim presented herein is so related to the claims in the original action, in which this Court has diversity jurisdiction, that they form part of the same case or controversy.

## PARTIES

2.      BOA is a nationally chartered bank, with its principal place of business in Charlotte, North Carolina.

3.      Hilton Trading Corp. is a Florida corporation with its principal place of business in Miami, Florida. Hilton does business and markets products under the name Accubanker USA.

4.      BOA operates banking centers in all 50 U.S. states and in 40 non-U.S. countries throughout the world. At all times relevant, BOA operated a banking center at 33 North Dearborn Street, Chicago, Illinois

## FACTS COMMON TO ALL COUNTS

5.      This matter stems from an alleged product malfunction that occurred on March 6, 2011 inside a BOA facility at 33 N. Dearborn St., Chicago, Illinois, that resulted in a fire and fire/smoke damage to numerous tenants and property owners at 33. N. Dearborn. St.

## COUNT I - CONTRIBUTION

6.      Plaintiffs, LEXINGTON INSURANCE COMPANY, as subrogree of Lincoln Property Company; ARCH SPECIALTY INSURANCE, as subrogee of LINCOLN Property Company; HANOVER INSURANCE COMPANY, as subrogee of Cosi, Inc.; CINCINATTI INSURANCE COMPANY, as subrogee of Hurley, McKenna & Mertz, P.C.; Luis A. Aceves & Associates, P.C., William E., and Timothy J. Ryan d/b/a Ryan and Ryan and Casale Reporting Service, Inc.; CERTAIN UNDERWRITERS AT LLOYDS OF LONDON AND CERTAIN LONDON MARKET INSURERS, as subrogee of Lincoln Property Company; AMERICAN FAMILY INSURANCE GROUP, as subrogee of Besetzny Law Firm and Dave Schroeder, filed a Complaint at Law in the Northern District of Illinois (12-cv-0990) against HILTON TRADING CORP., amongst others, alleging various theories of tort liability that resulted in the damages claimed.  The Complaint is a subrogation action.

7. At all times relevant to the Complaint, BOA owed Plaintiff's insureds a duty to exercise reasonable care and caution in maintaining a safe workplace and tenancy at 33 N. Dearborn so as to avoid harming the property of other tenants in the building.

8. Pleading in the alternative, and without prejudice to the allegations and responses set forth in its other pleadings, on or before March 6, 2011, BOA breached the aforementioned duty in one or more of the following ways:

> a) By leaving the Accubanker D62 powered on for an extended period of time, including during non-business hours;
>
> b) By failing to verify the Accubanker D62 was turned off at the close of business;
>
> c) By failing to occupy its leased space in a safe condition;
>
> d) By failing to ensure the Accubanker D62 was in a safe condition;
>
> e) By failing to properly maintain and inspect the Accubanker D62;
>
> f) By failing to have in place a safe and adequate fire protection and alarm system;
>
> g) By failing to comply with those portions of the Chicago Municipal Code requiring the installation and maintenance of fire detection and suppression equipment within high-rise buildings
>
> h) By being otherwise careless or negligent.

9. On or around March 6, 2011, as a direct and proximate result of one or more of the foregoing acts or omissions, a fire originated in or around the Accubanker D62 at 33 N. Dearborn, resulting in damages claimed by Plaintiffs and its insureds. The fire spread was exacerbated by the foregoing acts or omissions of BOA.

10. At all times relevant hereto, there was in effect a statute commonly known as the Illinois Contribution Among Joint Tortfeasors Act, 740 IL CS 100/0.01 *et. seq.*

11. That if this Defendant Hilton Trading Corp., is found by the trier of fact to be liable to the Plaintiffs, then this Defendant is entitled to contribution and judgment against BANK OF

AMERICA, N.A. in an amount commensurate with the relative degree of fault attributable to BANK OF AMERICA, N.A.

WHEREFORE, the Defendant/Cross-Plaintiff, HILTON TRADING CORP. prays that in the event it is held liable to the Plaintiffs, then Defendant/Cross-Plaintiff, HILTON TRADING CORP. be awarded judgment against BANK OF AMERICA, N.A. in an amount commensurate with the relative degree of fault attributable to BANK OF AMERICA, N.A. in causing the alleged injuries to Plaintiffs.

Respectfully submitted,

CASSIDAY SCHADE LLP

By /s/ *Jillian A. Mikrut*
One of the Attorneys for Defendant,
HILTON TRADING CORP.

Thomas P. Boylan
Matthew S. Sims
Jillian A. Mikrut
**CASSIDAY SCHADE LLP**
20 North Wacker Drive, Suite 1000
Chicago, IL 60606
Telephone: (312) 641-3100
Facsimile: (312) 444-1669
Email: tboylan@cassiday.com
Email: msims@cassiday.com
Email: jmikrut@cassiday.com

7992188